ORIGINAL

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05-306

Juan L. Mendez
(Enter above the full name of the plaintiff in this action)

V.

Delaware Psychiatric Center

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

YES [X]        NO [ ]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs As all of you know it all very well detailed since when I was over at S.C.T in Georgetown Delaware

Defendants _____

2. Court (if federal court, name the district, if state court, name the county)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit  AS All Of you Know it All Very well DETAILED

7. Approximate date of disposition _____

II.  A.  Is there a prisoner grievance procedure in this institution?  YES [■]  NO [ ]

B.  Did you present the facts relating to your complaint in the state prisoner Grievance procedure:  YES [■]  NO [ ]

C.  If your answer is YES,

1. What steps did you take?  All Of you Know it

2. What was the result?  More worst All Of the Abuses Towards Massie

D.  If your answer is NO, explain why not _____

_____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES [■]  NO [ ]

F.  If your answer is YES,

1. What steps did you take?  AS All Of you Know it All Very well Detailed

2. What was the result?  More worst As All Of you Know it

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Ivan h. mendez

   Address  Delaware Corr. Center 1181 Paddock Road Smyrna Delaware 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.  Defendant _____ is employed as _____

   _____ at _____

C.  Additional Defendants _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

For forced me to take drugs, for let me send only five legal letters a week, and for play with my mail, and for not gave me the medication prescribed by the St. Frances Hospital on 07/14/04 when they took X-Rays from my broken and braced legs, and for not send my X-Rays to Delaware Correctional Center where you can see my broken and braced legs.

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

Justice for my legs are hurting myself really bad and justice for make me (ponso) to take drugs and for all them abuses

Signed this __Twelve__ day of __May__, 20__05__.

__Ivan he Mendez__
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__05/12/05__             __Ivan he Mendez__
Date                      (Signature of Plaintiff)



U.S.M.S
X-RAY

UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON DELAWARE
19801-3570
U.S.A

I/M Ivan b. Mendez
SBI# 483356   UNIT SAM1 #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977