# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05cv306

IVAN h. MENDEZ
(Enter above the full name of the plaintiff in this action)

V.

DELAWARE PSYCHIATRIC CENTER

(Enter above the full name of the defendant(s) in this action)

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  Previous lawsuits

   A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [X]        NO [ ]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs AS ALL OF YOU KNOW ALL VERY WELL DETAILED SINCE WHEN I WAS OVER AT S.C.I IN GEORGETOWN DELAWARE

      Defendants _____

2. Court (if federal court, name the district, if state court, name the county)

   _____

3. Docket Number_____

4. Name of judge to whom case was assigned

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit AS ALL OF YOU KNOW IT ALL VERY WELL DETAILED

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? YES [■] NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure: YES [■] NO [ ]

C. If your answer is YES,

   1. What steps did you take? AS ALL OF YOU KNOW IT

      _____

   2. What was the result? MORE WORST ALL OF THE ABUSES TOWARDS MYSELF

      _____

D. If your answer is NO, explain why not _____

   _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES [■] NO [ ]

F. If your answer is YES,

   1. What steps did you take? AS ALL OF YOU KNOW IT ALL VERY WELL DETAILED

      _____

   2. What was the result? MORE WORST AS ALL OF YOU KNOW IT

      _____

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff Ivian H. Mendez

   Address Delaware Corr. Center 1181 Paddock Road, Smyrna Delaware 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.   Defendant _____ is employed as _____

   _____ at _____

C.   Additional Defendants _____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

For forced me to take drugs, for letme send only five legal letters a week. For not give me the medications prescribed by the St Francis Hospital on 07/14/04 when they took X-Rays from my broken and braced legs, for not send my X-Rays to Delaware Correctional Center where you can see my broken and braced legs.

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

Justice for my legs are hurting myself really bad and justice for make me took drugs and for all of their abuses

Signed this EIGHTEEN day of MAY, 2005.

IVAN L. MENDEZ
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

05/18/05
Date

IVAN L. MENDEZ
(Signature of Plaintiff)



IM Iwan Walen

SBI 165254   UNIT# 1U23
DELAWARE CORRECTIONAL CENTER
SMYRNA, DE 19850

United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570
U.S.A