# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

FILED JUN 23 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

TO: Ivan Mendez   SBI#: 453357

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**    05-306 (JJF)

DATE: June 15, 2005

---

Attached are copies of your inmate account statement for the months of December, 2004 to May 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |
| May | (-9.55) |

Average daily balances/6 months: (9.55)

Attachments
CC:  File

Stacy Shane 6/15/05

Brian D'Engrom
Notary 6-15-05

# Individual Statement – No Transactions This Month

Date Printed: 6/14/2005  
Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($9.55) |

# Individual Statement - No Transactions This Month

Date Printed: 6/14/2005                                                                                   Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($9.55) |

## Individual Statement - No Transactions This Month

Date Printed: 6/14/2005                      Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | ($9.55) |

## Individual Statement – No Transactions This Month

Date Printed: 6/14/2005                                                                                                  Page 1 of 1

### For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|

# Individual Statement

## For Month of April 2005

Date Printed: 6/14/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | Comments: | QOLP2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/8/2005 | $0.00 | $0.00 | ($10.18) | ($9.55) | 91884 | | DST/POSTAGE | |
| | | | | Ending Mth Balance: | ($9.55) | | | | |

# Individual Statement

Date Printed: 6/14/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

Current Location: 23    Comments: QOLP2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.73) | ($9.55) | 109338 | 4/7/05 | DST/POSTAGE | |
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($0.23) | ($9.55) | 109478 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($17.34) | ($9.55) | 111558 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($1.38) | ($9.55) | 111571 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($1.61) | ($9.55) | 111604 | | DST/POSTAGE | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.32) | ($9.55) | 112304 | 4/5/04 | DST/POSTAGE | |

Ending Mth Balance: ($9.55)



IM IVAN H. MENDEZ
SBI# 463351   UNIT SMA #23 CV3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON DELAWARE
19801-3570
U.S.A